UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 23-cr-227 (JEB) |
| | : | |
| JEFFREY REED, | : | |
| | : | |
| Defendant. | : | |

## STIPULATIONS OF THE PARTIES

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Jeffrey Reed, with the concurrence of his attorney, Charlotte Anne Herring, agree and stipulate to the following statements and facts.

### The U.S. Capitol Building and Grounds

By law, the U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police ("USCP"). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by the USCP. Only authorized people with appropriate identification are allowed access inside the Capitol. At the U.S. Capitol, the building itself has 540 rooms covering 175,170 square feet of ground, roughly four acres. The building is 751 feet long (roughly 228 meters) from north to south and 350 feet wide (106 meters) at its widest point. The U.S. Capitol Visitor Center is 580,000 square feet and is located underground on the east side of the Capitol. On the west side of the Capitol building is the West Front, which includes a variety of open concrete spaces, a fountain surrounded by a walkway, two broad staircases, and multiple terraces at each floor. On January 6, 2021, the inaugural stage scaffolding was on the West Front of the Capitol building. On the East Front are three staircases, porticos on both the House and Senate side, and two large skylights into the Visitor's Center surrounded by a concrete parkway.

On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public. See Govt Ex. 105 (red-line map of Capitol grounds restricted area depicted by barriers). These security barriers included bike racks that were positioned to the north of the U.S. Capitol along Constitution Avenue; to the south of the U.S. Capitol along Independence Avenue; to the west of the U.S. Capitol along First Street on the eastern side of that street; and, on the east side of the U.S. Capitol, between the Capitol Plaza (East Front) and the grassy areas located between the Plaza and First Street.

### *The Certification of the Electoral College Vote*

On January 6, 2021, a joint session of the United States Congress convened at the U.S. Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in both the House and Senate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020.

On January 6, 2021, the House of Representatives began its session at approximately 12:00 p.m., the Senate began its session at approximately 12:30 p.m., and the two Houses met together at approximately 1:00 p.m. in the House of Representatives chamber to begin the joint session. Vice President Mike Pence was in the Capitol building and presiding over the joint session. At approximately 1:15 p.m., the House and Senate adjourned to their separate chambers for up to two hours to resolve a particular objection.

At approximately 2:12 p.m., Vice President Pence evacuated the Senate chamber, and approximately one minute later the senator who had become the presiding officer in Vice President Pence's absence declared that the Senate would stand in recess. Senators evacuated the Senate chamber.

At approximately 2:15 p.m., Speaker Nancy Pelosi, who was presiding over the House of Representatives, evacuated the House chamber, and approximately fifteen minutes later the representative who had become the presiding officer in her absence declared that the House would stand in recess. Representatives evacuated the House chamber. Other Representative were evacuated later from the House Gallery. The joint session was suspended.

The Senate and House resumed meeting at approximately 8:06 p.m. and 9:02 p.m., respectively. Following their reconvening, pursuant to Title 3, United States Code Section, 15, Congress resumed the certification of the Electoral College vote, including: appointing four tellers to read and list the votes; announcing the voting results by the President of the Senate; and allowing written objections from members of Congress, subject to a procedure for submitting and resolving such objections.

Congress's joint session continued until approximately 3:44 a.m. on January 7, 2021, when it completed the certification of the Electoral College vote.

### *The Civil Disorder*

Beginning at approximately 12:53 p.m. on January 6, 2021, and continuing until at least 6:30 p.m. on January 6, 2021, the events on the Grounds of the U.S. Capitol and in the U.S. Capitol building constituted a "civil disorder" as that term is used in Title 18, United States Code, Section 231(a)(3), which means that it was a public disturbance involving acts of violence by assemblages of three or more persons, which caused an immediate danger of or resulted in damage or injury to the property or person of any other individual.

### *Interstate Commerce*

The civil disorder on the Grounds of the U.S. Capitol and in the U.S. Capitol building on January 6, 2021, obstructed, delayed, or adversely affected commerce or the movement of any

article or commodity in commerce as those terms are used in Title 18, United States Code, Section 231(a)(3). The term "commerce" means commerce (A) between any State or the District of Columbia and any place outside thereof; (B) between points within any State or the District of Columbia, but through any place outside thereof; or (C) wholly within the District of Columbia.

Under the Constitution, Congress has the exclusive power to enact laws for the District of Columbia.

### *Federally Protected Function*

The civil disorder on the Grounds of the U.S. Capitol and in the U.S. Capitol building on January 6, 2021, adversely affected a "federally protected function" as that term is used in Title 18, United States Code, Section 231(a)(3). That means that the civil disorder adversely affected any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof. The federally protected functions that were adversely affected included the following: the United States Capitol Police's protection of the U.S. Capitol and the Capitol grounds, and the United States Secret Service's protection of the Vice President of the United States and immediate family members of the Vice President.

### United States Capitol Police Closed Circuit Video Monitoring

The USCP operate and maintain closed-circuit video monitoring and recording equipment that captures locations inside and outside of the U.S. Capitol building and on the Capitol grounds. The video equipment timestamps each recording with the date and time at which the footage is captured. The USCP-controlled video equipment was in good working order on January 6, 2021, and video footage recovered from the cameras and equipment with the timestamp of January 6, 2021 is footage from January 6, 2021. The video footage is authentic in that it is what it purports

to be.

### Stipulated Testimony

The parties have agreed what Lanelle Hawa's (United States Secret Service) testimony would be if called as a witness. *See* Government Exhibit 801 and subparts 801.1 through 801.3 (transcript and accompanying exhibits from trial in *United States v. St. Cyr*, 22-cr-185 (Tr. March 7, 2023)). The parties agree that the factfinder should consider that testimony and the admitted exhibits in the same way as if it had been given in court.

### Defendant's Identification

Jeffrey Reed agrees that he is the defendant charged in the Indictment as "Jeffrey Reed."

On January 6, 2021, Jeffrey Reed was wearing jeans and a black sweatshirt with a rectangular colored photograph of Donald Trump on the backside. The following screenshots depict defendant Reed (circled in red):





| FOR THE DEFENDANT | FOR THE UNITED STATES |
|---|---|
| JEFFREY REED<br>Defendant | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 |
| /s/ *Charlotte Herring*<br>CHARLOTTE HERRING<br>Assistant Federal Public Defender<br>Western District of Texas<br>504 Lavaca St., Suite 960<br>Austin, TX 78701<br>Charly_Herring@fd.org<br>(512) 916-5025<br>TX Bar No. 24064026 | /s/ *Ashley Akers*<br>ASHLEY AKERS<br>Trial Attorney<br>MO Bar No. 69601<br>U.S. Attorney's Office<br>District of Columbia<br>601 D Street NW<br>Washington, DC 20530<br>Ashley.Akers@usdoj.gov<br>202-353-0521 |
| /s/ *Jesus M. Salinas, Jr.*<br>JESUS M. SALINAS, JR.<br>Assistant Federal Public Defender<br>Western District of Texas<br>504 Lavaca St. Suite 960<br>Austin, TX 78701<br>Jesus_Salinas@fd.org<br>(512) 916-5025<br>TX Bar No. 24057366 | /s/ *Victoria Sheets*<br>VICTORIA SHEETS<br>Assistant United States Attorney<br>NY Bar No. 5548623<br>601 D Street NW<br>Washington, DC 20530<br>Victoria.Sheets@usdoj.gov<br>(202) 252-7566 |