UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 23-CR-227 (JEB) |
| v. : | |
| : | |
| JEFFREY REED : | |
| : | |
| Defendant. : | |

## GOVERNMENT'S NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Victoria A. Sheets, is terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

Edward R. Martin Jr.
United States Attorney
DC Bar No. 481866

Sincerely,

*/s/ Victoria A. Sheets*
Victoria A. Sheets
Assistant United States Attorney
NY Bar No. 5548623
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W. Washington, D.C. 20530
Office Tel.: 202-252-7566
Email: vsheets@usa.doj.gov

## **CERTIFICATE OF SERVICE**

On this 31st day of January 2025, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Victoria A Sheets*
Victoria A. Sheets
Assistant United States Attorney